IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAMIAN AYARZAGOITIA, | |
| Plaintiff, | Case No. CV06-201-S-MHW |
| vs. | **ORDER** |
| ROBERT PHILLIPS, | |
| Defendant. | |

    Plaintiff having filed a Notice of Voluntary Dismissal as to the Original and First Amendment Complaint (Docket No. 13), IT IS HEREBY ORDERED that Plaintiff's cause of action is DISMISSED without prejudice. Plaintiff's Motion to Reopen Case (Docket No. 8) and Motion to Amend (Docket No. 11) are MOOT.

DATED: October 4, 2006

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER 1**